UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-577-01 |
| V. | : | RECOGNIZANCE NO. NEW 1226 |
| FERNANDO CAMEJO, | : | ORDER FOR RETURN OF DEPOSIT OF BAIL |
| Defendant | : | |

It appearing that the above-captioned defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00) was deposited into the Registry of this Court as security for the said recognizance, and

It further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record.

IT IS ON THIS 21st day of January, 2010,

ORDERED THAT the sum of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00) be paid to Cecilia Diaz, 1239 Briar Way, Fort Lee, NJ 07024.

_____
GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT